

**SIGNED THIS 7th day of February, 2020**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.**

Paul M. Black
UNITED STATES BANKRUPTCY JUDGE

# United States Bankruptcy Court
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**Lynchburg Division**

In re:                                          :

A.C. FURNITURE COMPANY, INC.                    :    Case No. 20-60200
                                                     (Chapter 11)
            Debtor                              :

## ORDER ON MOTION TO PAY PREPETITION WAGES

THIS CAUSE came to be heard on the 5th day of February 2020 at Harrisonburg, Virginia. On the MOTION TO PAY PREPETITION WAGES filed by the Debtor herein.

IT APPEARING to the Court that such Motion is well taken, and that the amount of payment of such wages and the claims of ATC Staffing, Inc. should be accorded "Critical Vendor" status and paid, it is therefore

ORDERED, ADJUDGED and DECREED that the Debtor shall be authorized to pay the wages due and owing as of the Petition Date in the amounts set forth on the attached schedule of the in the aggregate gross wage amount of $58,496.41, on their due day of February 7, 2020, it is further

ORDERED, ADJDUDGED and DECREED that no amount of wages whether pre-petition or post-petition or disbursements of any kind or nature in this matter shall be paid to the principals of the debtor, Kennon and Kathryn Robertson until further order of the Court, it is further

ORDERED, ADJDUDGED and DECREED that any payments made pursuant to this Order offset any § 507(a)(4) claims that may exist in favor of the payees set forth in the Motion.

**END OF ORDER**

I ASK FOR THIS:

/s/Timothy J. McGary
Timothy J. McGary, #21208
Counsel for Debtor
8609 Westwood Center Drive, Suite 203
Vienna, VA 22182-7521
(703) 636-7107 or (888) 636-7107 (Voice)
(703) 636-7108 or (888) 636-7108 (Fax)
(540) 209-9242 (Valley)
(434) 425-0800 (Danville)
Email: tjm@mcgary.com


SEEN AND _____;
John P. Fitzgerald III, Acting U.S. Trustee


By: /s/Margaret K. Garber
Margaret K. Garber, Assistant U.S. Trustee
210 First Street, SW, Suite 505
Roanoke, VA 24011
Phone: (540) 857-2806
Facsimile: (540) 857-2844

SEEN AND _____;
Spilman, Thomas & Battle, PLLC


By: /s/Peter M Pearl
Peter M Pearl, #_____
Counsel for Summitbridge National Investments VI, LLC
St SW Suite 1100
Roanoke, VA 24011
Phone: (540) 512-1832

3

**FROM:** Annie Agee   **TO: ATC STAFFING SOLUTIONS**
PHONE    650-1802        **ATTN:  JAMIE**
FAX       650-2900         **PHONE:**    336-427-0220
                                          **FAX:**          336-427-0044

| NAME | EMP ID | ATC-W/ % Regular Employees | Officers & Directors |
|---|---|---|---|
| ■ | 70406 | $ 595.20 | |
| ■ |  | $ 251.74 | |
| ■ | 9029 | $ 231.88 | |
| ■ | 70453 | $ 119.04 | |
| ■ | 704107 | $ 40.30 | |
| ■ | 4388 | $ 496.00 | |
| ■ | 10433 | $ 511.50 | |
| ■ | 4010 | $ 273.42 | |
| ■ | 10121 | $ 440.20 | |
| ■ | 704137 | $ 143.84 | |
| ■ |  | $ - | |
| ■ |  | $ 338.17 | |
| ■ | 704133 | $ 267.84 | |
| ■ | 70133 | $ 248.31 | |
| ■ | 10320 | $ 232.73 | |
| ■ | 10432 | $ 620.00 | |
| ■ | 10362 | $ 238.08 | |
| ■ | 449 | $ 416.64 | |
| ■ | 70454 | $ 136.71 | |
| ■ | 4589 | $ 198.40 | |
| ■ | 386 | $ 669.60 | |
| ■ | 70412 | $ 744.00 | |
| ■ | 10279 | $ 412.92 | |
| ■ | 740151 | $ - | |
| ■ | 70096 | $ 150.04 | |
| ■ | 70475 | $ 317.44 | |
| ■ | 10213 | $ 400.52 | |
| ■ | 70005 | $ 644.80 | |
| ■ |  | $ - | |
| ■ | 70198 | $ 892.80 | |
| ■ | 10082 | $ 637.44 | |
| ■ | 70335 | $ 514.29 | |
| ■ | 3703 | $ 410.13 | |
| ■ | 4109 | $ 260.40 | |
| ■ | 4329 | $ 430.13 | |
| ■ | 10047 | $ 545.60 | |

| Name | Account | Amount |
|---|---|---|
| ▮▮▮ | 740154 | $ 480.81 |
| ▮▮▮ | 357 | $ 275.28 |
| ▮▮▮ | 70429 | $ - |
| ▮▮▮ | 70059 | $ 89.28 |
| ▮▮▮ | 10136 | $ 439.89 |
| ▮▮▮ |  | $ 806.14 |
| ▮▮▮ | 10098 | $ 252.96 |
| ▮▮▮ | 4767 | $ 378.20 |
| ▮▮▮ | 70083 | $ 357.12 |
| ▮▮▮ | 4706 | $ 620.00 |
| ▮▮▮ |  | $ - |
| ▮▮▮ |  | $ 313.22 |
| ▮▮▮ | 9011 | $ - |
| ▮▮▮ |  | $ 546.16 |
| ▮▮▮ | 70039 | $ - |
| ▮▮▮ | 70022 | $ 647.28 |
| ▮▮▮ | 70124 | $ 396.80 |
| ▮▮▮ | 3962 | $ 252.96 |
| ▮▮▮ | 773 | $ 267.84 |
| ▮▮▮ | 363 | $ 607.91 |
| ▮▮▮ | 10266 | $ 282.72 |
| ▮▮▮ | 4837 | $ - |
| ▮▮▮ | 70310 | $ 198.40 |
| ▮▮▮ |  | $ 1,236.38 |
| ▮▮▮ | 740157 | $ 260.40 |
| ▮▮▮ | 70592 | $ 644.80 |
| ▮▮▮ |  | $ 467.47 |
| ▮▮▮ |  | $ - |
| **INSURANCE** |  | $ - |
| ▮▮▮ |  | $ 187.07 |
| ▮▮▮ | 70492 | $ 332.01 |
| ▮▮▮ |  | $ 293.92 |
| ▮▮▮ | 70001 | $ 750.45 |
| ▮▮▮ | 379 | $ 881.56 |
| ▮▮▮ | 10184 | $ 505.92 |
| ▮▮▮ | 10422 | $ 267.84 |
| ▮▮▮ | 3975 | $ 436.48 |
| ▮▮▮ | 70480 | $ - |
| ▮▮▮ | 10430 | $ - |
| ▮▮▮ | 781 | $ 357.12 |
| ▮▮▮ | 9034 | $ 406.72 |
| ▮▮▮ | 10190 | $ 327.36 |
| ▮▮▮ | 70350 | $ 1,073.34 |





| Acct | Amount |
|---|---|
| 70271 | $ - |
| 70089 | $ - |
| 70436 | $ 266.60 |
| 4040 | $ 252.96 |
| 3926 | $ 332.01 |
| 70456 | $ - |
| 10312 | $ - |
| 10271 | $ 327.36 |
| 10338 | $ 250.33 |
| 4579 | $ 644.80 |
| 45488 | $ 834.77 |
| 10003 | $ 793.60 |
| 3642 | $ 252.96 |
| 3436 | $ 823.36 |
| 70232 | $ 269.70 |
| 4896 | $ 863.54 |
|  | $ 478.96 |
| 10337 | $ 252.96 |
| 4272 | $ 669.60 |
| 10356 | $ 188.48 |
| 4115 | $ 415.40 |
| 70443 | $ 834.77 |
| 955 | $ 231.88 |
| 740156 | $ 190.96 |
| 70193 | $ 636.74 |
| 704136 | $ 44.64 |
| 10372 | $ 305.66 |
|  | $ 281.31 |
| 704125 | $ 260.40 |
| 740144 | $ 178.56 |
|  | $ 342.88 |
| 10210 | $ 267.84 |
| 9016 | $ 189.72 |
| 10027 | $ - |
| 10418 | $ 305.66 |
| 10301 | $ 357.12 |
| 3360 | $ 496.00 |
| 70433 | $ 561.72 |
| 3476 | $ 323.64 |
| 10379 | $ 357.12 |
| 70461 | $ 396.80 |



| Name | Number | Amount |
|---|---|---|
| ▇ | 10053 | $ 426.56 |
| ▇ | 10368 | $ 297.60 |
| ▇ | 70425 | $ 644.80 |
| ▇ |  | $ - |
| ▇ | 9041 | $ 520.80 |
| ▇ |  | $ 770.71 |
| ▇ | 3727 | $ 465.00 |
| ▇ | 10417 | $ 694.40 |
| ▇ | 704110 | $ - |
| ▇ | 3832 | $ 298.53 |
| ▇ | 296 | $ 677.35 |
| ▇ | 10405 | $ 345.19 |
| ▇ | 4372 | $ 282.72 |
| ▇ | 212 | $ - |
| ▇ | 704106 | $ 401.76 |
| ▇ | 10174 | $ 706.80 |
| ▇ | 3619 | $ 731.60 |
| ▇ | 207 | $ - |
| ▇ |  | $ 300.89 |
| ▇ | 226 | $ 297.60 |
| ▇ | 148 | $ 312.48 |
| ▇ | 740147 | $ 198.40 |
| ▇ | 10002 | $ 327.36 |
| ▇ | 4057 | $ 282.72 |
| ▇ | 3968 | $ 896.77 |
| ▇ | 10327 | $ 267.84 |
| ▇ | 20280 | $ 223.20 |
| ▇ | 4684 | $ 252.96 |
| ▇ | 10079 | $ 252.96 |
| ▇ | 4885 | $ 305.66 |
| ▇ | 740150 | $ 260.40 |
| ▇ | 740155 | $ 248.00 |
| ▇ | 70150 | $ 446.40 |
| ▇ | 3813 | $ 275.28 |
| ▇ | 4815 | $ 235.60 |
| ▇ |  | $ 266.56 |
| ▇ | 10429 | $ 252.96 |
| ▇ | 10431 | $ 252.96 |
| ▇ | 3816 | $ 285.20 |
| ▇ | 10046 | $ 810.96 |
| ▇ | 10335 | $ 282.72 |
| ▇ | 4744 | $ - |
| ▇ | 4529 | $ - |

| | | | | |
|---|---|---|---|---|
| ▮ | 9004 | $ | 744.00 | |
| TOTAL | | $ | 58,496.41 | $ ▮ |