

**SIGNED THIS 21st day of February, 2020**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.**

Paul M. Black
UNITED STATES BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG DIVISION

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **A. C. FURNITURE COMPANY, INC.,** | ) | |
| | ) | **Case No. 20-60200** |
| | ) | |
| **Debtor** | ) | |

### ORDER GRANTING MOTION FOR EXPEDITED HEARING

Upon consideration of the Motion (the "Motion") of SummitBridge National Investments VI LLC. ("SummitBridge") for an expedited hearing on SummitBridge's Motion for Appointment of Chapter 11 Trustee ("Motion to Appoint"), and it appearing that just cause exists to grant the Motion, it is HEREBY ORDERED as follows:

1. The Motion is granted.

2. SummitBridge's Motion for Appointment of Chapter 11 Trustee shall be heard on an expedited basis at the hearing scheduled for March 11, 2020 11:30 a.m.

3. Counsel for SummitBridge shall cause the Motion to Appoint and Notice of Hearing thereon to be served on all creditors and parties requesting service in this case on February 21, 2020.

    4.    The Court shall retain jurisdiction concerning all matters arising from or related to the implementation of this Order.

**END OF ORDER**

We ask for this:

/s/ Lori D. Thompson
Peter M. Pearl, Esquire (VSB #22344)
Lori D. Thompson, Esquire (VSB#41963)
Spilman Thomas & Battle, PLLC
P. O. Box 90
Roanoke, Virginia  24002
Telephone: (540) 512-1800
Facsimile: (540) 342-4480
ppearl@spilmanlaw.com
lthompson@spilmanlaw.com
Counsel to SummitBridge National Investments VI LLC

SEEN AND AGREED:

/s/ Timothy J. McGary
Timothy J. McGary, #21208
Counsel for Debtor
8609 Westwood Center Drive, Suite 203
Vienna, VA 22182-7521
(703) 636-7107 or (888) 636-7107 (Voice)
(703) 636-7108 or (888) 636-7108 (Fax)
(540) 209-9242 (Valley)
(434) 425-0800 (Danville)
Email: tjm@mcgary.com
Counsel to the Debtor

SEEN AND AGREED:
John P. Fitzgerald III, Acting U.S. Trustee


By: /s/ Margaret K. Garber
Margaret K. Garber, Assistant U.S. Trustee
210 First Street, SW, Suite 505
Roanoke, VA 24011
Phone: (540) 857-2806
Facsimile: (540) 857-2844


SEEN AND AGREED:


By: /s/Peter J. Barrett
KUTAK ROCK LLP
Peter J. Barrett (VSB No. 46179)
Brian H. Richardson (VSB No. 92477)
901 East Byrd Street, Suite 1000
Richmond, VA  23219
Telephone: (804) 644-1700
peter.barrett@kutakrock.com
brian.richardson@kutakrock.com
Proposed Counsel to the
Official Committee of Unsecured Creditors